UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| KENNETH D. DRIGGERS, | ) | C/A No. 4:10-1541-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed this action on June 15, 2010. Defendant filed an answer and copy of the transcript on October 20, 2010 (doc. #6). Plaintiff's brief was due on or before November 22, 2010. On November 19, 2010, plaintiff filed a motion for an extension of time to file the brief. This motion was granted and Plaintiff was given until December 19, 2010, to file her brief. On December 21, 2010, Plaintiff filed a second motion for extension of time to file his brief. This motion was granted on December 21, 2010, and Plaintiff was given until January 6, 2011, to file his brief. Plaintiff has not filed his brief.

If Plaintiff does not file his brief within five (5) days of the date of this order, it will be recommended that the case be dismissed for failure to prosecute pursuant to Rule 41b of the Federal Rules of Civil Procedure, i.e., with prejudice.

IT IS SO ORDERED.

                                                                                s/Thomas E. Rogers, III
                                                                                 Thomas E. Rogers, III
                                                                                 United States Magistrate Judge

February 25, 2011
Florence, South Carolina