IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

KENNETH D. DRIGGERS, ) Civil Action No. 4:10-1541-RMG
)
   Plaintiff, )
)
v. ) **ORDER**
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
   Defendant. )

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable Social Security Administration decision, it is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

**AND IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

_June 11_, 2012
Charleston, South Carolina.