IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Kenneth D. Driggers, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 4:10-1541-RMG |
| vs. | ) ) ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and reimbursement for certain additional costs from the Judgment Fund. (Dkt. No. 32). Plaintiff seeks an award of $4,104.00 for attorney's fees, based upon 22.8 hours of attorney time at a rate of $180.00. (Dkt. No. 32-2). Plaintiff also seeks reimbursement for expenses under EAJA for $16.00 and payment of costs from the Judgment Fund in the amount of $357.00. (Dkt. No. 32-4). The Defendant has advised the Court that he has no objection to the grant of the requested award to Plaintiff. (Dkt. No. 33).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, hourly rate, expenses and costs are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff under EAJA in the amount of $4,104 and expenses in the amount of $16.00. The Court

further grants the request for costs from the Judgment Fund in the amount of $357.00. The check(s) shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

July 14, 2012
Charleston, South Carolina